UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                   :
UNITED STATES OF AMERICA                           :
                                                   :
v.                                                 :          13 Cr. 268 (JMF)
                                                   :
VADIM TRINCHER,                                    :          ORDER
                                                   :
                              Defendant.           :
                                                   :
----------------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED: 5/7/2013             │
└─────────────────────────────────┘
```

JESSE M. FURMAN, United States District Judge:

On May 3, 2013, Michael Fineman filed a motion to withdraw as counsel to defendant Vadim Trincher.  On May 6, 2013, the Court received the attached letter from Martin G. Weinberg, Esq., (1) seeking to enter a limited appearance for purposes of bail on behalf of Mr. Trincher; and (2) making a bail application on behalf of Mr. Trincher.

In light of these submissions, the parties — including both Mr. Fineman *and* Mr. Weinberg — shall appear for a conference with the Court on **Friday, May 10, 2013**, at **2:30 p.m.** in **Courtroom 1105** of the **Thurgood Marshall Courthouse, 40 Centre Street, New York, NY 10007**.  Mr. Fineman is ordered to promptly advise Mr. Weinberg of the date and time of the conference.  At the conference, the Court will address both the issue of counsel and the issue of bail.  Should the Government wish to submit anything in writing on the issue of bail in advance of the conference, it must do so by 5 p.m. on May 9, 2013.

        SO ORDERED.

Dated: May 7, 2013
        New York, New York

_____
        JESSE M. FURMAN
     United States District Judge