```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/02/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                          :
:
v.                                                :      13 Cr. 268 (JMF)
:
VADIM TRINCHER,                                   :      ORDER
:
                Defendant.       :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      For the reasons stated on the record on November 14, 2013, and in the Court's Order of the same date (Docket No. 444), it is hereby ORDERED that:

      Pursuant to the Guide to Judiciary Policy, Vol. 7, Part A, Chapter 2, Section 230.40(c), Vadim Trincher, the defendant, shall reimburse the United States Government in the amount of $9632.00, which represents the cost of the CJA representation provided to Mr. Trincher at a time when he was not eligible to receive such services. This payment shall be made by check payable to The Clerk of the United States District Court and be credited to the Defender Services appropriation. The check shall be mailed or delivered, **within 30 days of this Order**, to Jerry L. Tritz, Second Circuit Case-Budgeting Attorney, United States Courthouse, 40 Foley Square, New York, New York 10007, Tel: (212) 857-8726.

      SO ORDERED.

Dated: January 2, 2014
       New York, New York

                                                           JESSE M. FURMAN
                                                          United States District Judge