Trincher, Vadim          3          66238 - MFW
Docket No.: 1:13CR00268 (JMF)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[ ] The Issuance of a Warrant

[x] The Issuance of a Summons

[ ] Submit a Request for Modifying the Condition or Terms of Supervision

[ ] Other

_____
Signature of Judicial Officer

October 18, 2018
_____
Date

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
## Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br><u>Vadim Trincher</u> | )<br>)<br>)  Case No. 1:13CR00268 (JMF)<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following documents filed with the court.

<u>X</u>  Supervised Release Violation Petition

| Place: | Thurgood Marshal Courthouse<br>40 Foley Square<br>New York, NY 10007 | Courtroom No.: 1105 |
|---|---|---|
| | | Date and Time: October 25, 2018 at 4:00 p.m. |

This Offense is briefly described as follows: Failure to pay fine at the rate imposed; Failure to follow the instructions of the Probation Office; Failure to work regularly at a lawful occupation; Failure to provide access to requested financial information.

Date: _October 18, 2018_ _____
*Issuing officer's signature*

Honorable Jesse Matthew Furman U.S. District Judge
*Printed name and title*

I declare under penalty of perjury that I have:
_ Executed and returned this summons        _ Returned this summons unexecuted

Date: _____      _____
*Server's signature*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

TO:        Honorable Jesse Matthew Furman
           U.S. District Judge

FROM:      Michael F. Wasmer
           U.S. Probation Officer

                                    RE: Vadim Trincher
                                    Docket No. 1:13CR00268 (JMF)

Enclosed is a matter from the U.S. Probation Department requesting consideration and/or review by Your Honor. **This matter is confidential and should be sealed and not docketed.** Also, please forward a copy of your response to our office at 500 Pearl Street, 6th floor, so that we may take appropriate action.

                                    Respectfully submitted,

                                    Michael F. Wasmer
                                    U.S. Probation Officer
                                    Phone: 212-805-█

Approved By:

Paul Wodeshick
Supervisory U.S. Probation Officer
Phone: 212-805-█

DATE: October 17, 2018



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REQUEST FOR SUMMONS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) VIOLATION REPORT |
| | ) |
| vs. | ) Docket No.: 1:13CR00268 (JMF) |
| | ) |
| Vadim Trincher | ) Date of Sentence: April 30, 2014 |
| | ) |

Prepared For: Honorable Jesse Matthew Furman
                 U.S. District Judge

Prepared By: Michael F. Wasmer
               U.S. Probation Officer
               212-805-5160

| | |
|---|---|
| Assistant U.S. Attorney | Defense Counsel |
| Joshua Naftalis | Martin Weinberg |
| 1 Saint Andrews Plaza | 20 Park Plaza, Suite 1000 |
| New York, NY 10007 | Boston, MA 02116 |
| (212) ▮▮▮▮ | (617) 227-▮▮▮▮ |

Offense: Conspiracy to Participate in a Racketeering Enterprise (18 USC 1962(d)), a Class C Felony

Original Sentence: 60 Months' Custody; 36 Months' Supervised Release

Special Conditions: Search; Alcohol Treatment; Financial Disclosure; Credit Restrictions; $75,000 Fine;

Custody Status: At liberty in the community.

Attachments: Summons

Type of Supervision: Supervised Release     Date Supervision Commenced: July 17, 2017
                                                                         Date Supervision Expires: July 16, 2020

Trincher, Vadim                                    2                                    66238 - MFW
Date: October 17, 2018

## SUPERVISION ADJUSTMENT

Reference is made to the above-captioned individual who was sentenced by Your Honor as indicated above.

Trincher and his wife continue to live at their residence located ▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮. He has been attending substance abuse treatment at St. Mark's and there has been no indication of drug usage. Trincher has been unemployed during the course of supervision. According to filings by his attorney, Trincher has been seeking treatment overseas on several occasions for psoriatic arthritis; said travel was approved by the Court.

Trincher has been remitting the Court-mandated fine payments at the rate of $100 per month. He has presently paid $2,100, the last payment being received effective September 12th. Based upon the fact that Trincher had an outstanding financial obligation to the Court, he was directed to complete a DOJ financial statement on August 14th, for subsequent assessment. Trincher subsequently failed to complete and submit the statement as directed.

On October 1st, a case conference was held with Trincher; Supervisory U.S. Probation Officer Wodeshick and U.S. Probation Officer Wasmer were in attendance. At that time, Trincher offered no viable explanation as to why he had failed to submit the DOJ financial statement. He was reminded that financial disclosure is required in lieu of outstanding financial obligations. Trincher was also reminded that the judgment had specified that the fine was to have been paid in full within 30 days of entry. He was given another DOJ financial statement, and directed to complete and return same within 2 weeks (October 15th) so that his financial status could be assessed. Trincher failed to comply with this directive.

During the case conference, Trincher stated that he was unable to work due to health issues. He admitted that he had not applied for disability. Trincher was given a two week deadline to submit medical documentation confirming his health status. Failing that, he would be referred to the Probation Department's vocational training programs. Trincher also failed to comply with this directive.

As such, the Probation Department has no recourse but to seek Court intervention.

## VIOLATION CIRCUMSTANCES

1. ON OR BEFORE OCTOBER 15, 2018, THE DEFENDANT FAILED TO PAY THE COURT-ORDERED FINE AT THE RATE IMPOSED . SPECIAL CONDITION, GRADE C VIOLATION.

2. ON OR ABOUT OCTOBER 15, 2018, THE DEFENDANT FAILED TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICE, IN THAT, THE DEFENDANT FAILED TO SUBMIT PREVIOUSLY REQUESTED MEDICAL AND FINANCIAL DOCUMENTS. STANDARD CONDITION #3, GRADE C VIOLATION.

Trincher, Vadim                                3                                66238 - MFW

3. ON OR ABOUT OCTOBER 15, 2018, THE DEFENDANT FAILED TO WORK REGULARLY AT A LAWFUL OCCUPATION, IN THAT, THE DEFENDANT WAS NOT EXCUSED FOR AN ACCEPTABLE REASON . STANDARD CONDITION #5, GRADE C VIOLATION.

4. ON OR ABOUT OCTOBER 15, 2018, THE DEFENDANT FAILURE TO PROVIDE THE PROBATION OFFICER WITH ACCESS TO REQUESTED FINANCIAL INFORMATION . SPECIAL CONDITION, GRADE C VIOLATION.

**COURT STATUS IN OTHER JURISDICTIONS**

Not applicable.

**SENTENCING OPTIONS**

CRIMINAL HISTORY CATEGORY: I

Chapter Seven of the Sentencing Guidelines sets forth policy statements regarding sentencing considerations in violation of supervised release matters. Case law requires the Court to consider these issues but, since they are policy statements, they are not binding.

According to Section 7B1.4, the possible ranges of imprisonment applicable upon a violation of supervised release are as follows:

| Specification(s) | Grade of Violation | Statutory Imprisonment | Statutory Supervised Release | Guideline Provisions | Recommended Sentence |
|---|---|---|---|---|---|
| 1,2,3,4 | Grade C | 2 years | 3 years | 3 to 9 months | 3 months |

**STATUTORY PROVISIONS**

As the supervisee was originally convicted of a Class C Felony, he may be required by statute {18 USC 3583 (e)(3)} to serve a period of incarceration of not more than two years. Since the offense yielding supervision occurred on April 11, 2013, after the Protect Act of April 30, 2003, the aggregate rule is negated.

Pursuant to 18 USC 3583(h), if a term of supervised release is revoked and a term of imprisonment is imposed, supervised release not to exceed three years can be reimposed as authorized under the original offense, 18 USC 3583(b)(2), less any term of imprisonment that was imposed upon revocation of supervised release.

**RECOMMENDATION**

At this time, we would respectfully request that the Court issue a summons, so the supervisee can be brought before the Court to answer to the above specifications.

If the Court were to revoke the supervisee's current term of supervised release and re-impose a term of supervised release, we would respectfully request that the previously imposed Special Conditions remain in effect. While a custodial sentence within the guideline range appears

Trincher, Vadim                                4                                    66238 - MFW

appropriate, it is also recommended that a special condition of mandated vocational training, under the guidance of the Probation Department, be imposed. This recommendation is based upon the fact that Trincher has failed to provide any medical documentation indicating that he is physically unable to serve in the work force.

Should the Court grant our request to initiate violation action, this memorandum will be disclosed to the supervisee, defense counsel and prosecutor, unless Your Honor directs otherwise.

**JUSTIFICATION**

Trincher has failed to comply with the basic conditions of supervision. He has shown his disregard for the judicial process. Trincher has failed to reveal any aspect of his personal finances, although he is obligated to do so with an unsatisfied obligation. As such, Court intervention in this matter is requested.

Respectfully submitted,

Michael F. Wasmer
U.S. Probation Officer

Approved By:

Paul Wodeshick
Supervisory U.S. Probation Officer



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

Petition for Summons
with Attached Request for
Court Action Direction Detailing Probable Cause

Supervisee: Vadim Trincher                              Docket Number: 1:13CR00268 (JMF)

Sentencing Judge: Honorable Jesse Matthew Furman, U.S. District Judge

Date of Original Sentence: April 30, 2014

Original Offense: Conspiracy to Participate in a Racketeering Enterprise (18 USC 1962(d))

Original Sentence: 60 Months' Custody; 36 Months' Supervised Release

Special Conditions:  $75,000 Fine; Search; Alcohol Treatment; Financial Disclosure; Credit Restrictions

Type of Supervision: Supervised Release Date Supervision Commenced: July 17, 2017

PETITIONING THE COURT TO ISSUE A SUMMONS

The supervisee has not complied with the following condition(s) of supervision:

**Nature of Noncompliance**

1. ON OR BEFORE OCTOBER 15, 2018, THE DEFENDANT FAILED TO PAY THE COURT-ORDERED FINE AT THE RATE IMPOSED. SPECIAL CONDITION, GRADE C VIOLATION.

2. ON OR ABOUT OCTOBER 15, 2018, THE DEFENDANT FAILED TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICE, IN THAT, THE DEFENDANT FAILED TO SUBMIT PREVIOUSLY REQUESTED MEDICAL AND FINANCIAL DOCUMENTS. STANDARD CONDITION #3, GRADE C VIOLATION.

3. ON OR ABOUT OCTOBER 15, 2018, THE DEFENDANT FAILED TO WORK REGULARLY AT A LAWFUL OCCUPATION, IN THAT, THE DEFENDANT WAS NOT EXCUSED FOR AN ACCEPTABLE REASON. STANDARD CONDITION #5, GRADE C VIOLATION.

4. ON OR ABOUT OCTOBER 15, 2018, THE DEFENDANT FAILURE TO PROVIDE THE PROBATION OFFICER WITH ACCESS TO REQUESTED FINANCIAL INFORMATION . SPECIAL CONDITION, GRADE C VIOLATION.

Trincher, Vadim                                            2                                          66238 - MFW
U.S. Probation Officer Recommendation:

The term of supervision should be:

[ X ] Revoked

Extended for year(s), for a total term of years.

The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)

Respectfully submitted,

Michael Fitzpatrick
Chief U.S. Probation Officer

Michael F. Wasmer
U.S. Probation Officer

Approved By:

Paul Wodeshick
Supervisory U.S. Probation Officer